IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK JACKSON,

    Plaintiff,                    No. 2:12-cv-0124 JFM (PC)

    vs.

SHANKARI REDDY, et al.,

    Defendants.

_____/        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly

1

1  payments of twenty percent of the preceding month's income credited to plaintiff's prison trust
2  account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court
3  each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28
4  U.S.C. § 1915(b)(2).
5           The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
6  and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
7  reasonable opportunity to prevail on the merits of this action.
8           In accordance with the above, IT IS HEREBY ORDERED that:
9           1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
10          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
11 Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
12 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
13 Director of the California Department of Corrections and Rehabilitation filed concurrently
14 herewith.
15          3.  Service is appropriate for the following defendants:  Shankari Reddy; Stephen
16 Kansier; L. Lysak; Kim Stocker; L. Jennings.
17          4.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,
18 an instruction sheet and a copy of the complaint filed January 17, 2012.
19          5.  Within thirty days from the date of this order, plaintiff shall complete the
20 attached Notice of Submission of Documents and submit the following documents to the court:
21              a.  The completed Notice of Submission of Documents;
22              b.  One completed summons;
23              c.  One completed USM-285 form for each defendant listed in number 3
24              above; and
25              d.  Six copies of the endorsed complaint filed January 17, 2012.
26 /////

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
jack0124.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK JACKSON,

        Plaintiff,                        No. 2:12-cv-0124 JFM (PC)

    vs.

SHANKARI REDDY, et al.,          <u>NOTICE OF SUBMISSION</u>

        Defendants.               <u>OF DOCUMENTS</u>

_____ /

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff