UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANKARI REDDY, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-00124 DAD<br><br><br>ORDER |

Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of September 20, 2013.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's October 18, 2013 motion for an extension of time (ECF No. 34) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

Dated:  December 5, 2013

jack0124.36amc.dad

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE