UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON, | No. 2:12-cv-00124 DAD |
| Plaintiff, | |
| v. | ORDER |
| SHANKARI REDDY, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of September 20, 2013. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's October 18, 2013 motion for an extension of time (ECF No. 34) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

Dated: December 5, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

jack0124.36amc.dad