UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON, | No. 2:12-cv-124 DAD |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| SHANKARI REDDY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 20, 2013, plaintiff's complaint was dismissed and thirty days leave to file a second amended complaint was granted. (ECF No. 33.) After granting plaintiff an extension of time to file his second amended complaint, on January 10, 2014 the court issued an order, granting plaintiff an additional thirty days to file his second amended complaint. (ECF No. 38.) Thirty days from that latter date have now passed, and plaintiff has still not filed a second amended complaint, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this action to a United States District Judge.

Furthermore, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

1  These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3 after being served with these findings and recommendations, plaintiff may file written objections
4 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
6 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
7 (9th Cir. 1991).

Dated:  February 20, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Jack0124.fta.docx